UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION
**Case Number: 19-14233-CIV-MARTINEZ-MAYNARD**

JENNIFER MATHIS, individually and on
behalf of all others similarly situated,

    Plaintiff,

vs.

DELTA HEALTHCARE PLACEMENT, LLC,

    Defendant.
_____/

### FINAL ORDER OF DISMISSAL WITHOUT PREJUDICE AND ORDER DENYING ALL PENDING MOTIONS AS MOOT

THIS MATTER is before the Court upon Plaintiff's Notice of Dismissal Without Prejudice, [ECF No. 13]. It is:

**ADJUDGED** that this action is **DISMISSED without prejudice.**[1] It is also:

**ADJUDGED** that all pending motions in this case are **DENIED AS MOOT**, and this case is **CLOSED**.

DONE AND ORDERED in Chambers at Miami, Florida, this 20 day of August, 2019.

                                                    _____
                                                    JOSE E. MARTINEZ
                                                    UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Maynard
All Counsel of Record

---

[1] This includes all claims of Plaintiff Jennifer Mathis, individually, as well as all claims of any unnamed member of the alleged class. *See* [ECF No. 13].